THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 
 
 

v.

 
 
 
 Tricia M., Paul
 M., Defendants,
 
 
 Of whom Tricia M.
 is the Appellant.
 
 
 In the interest of a minor under the age of 18.
 
 
 

Appeal From Greenville County
 Robert N. Jenkins, Sr., Family Court
Judge

Unpublished Opinion No. 2011-UP-090
 Submitted March 1, 2011  Filed March 8,
2011    

AFFIRMED

 
 
 
 Melissa S. Van Emburg, of Greenville, for
 Appellant.
 Kaye Davis, of Mauldin, for Respondent.
 Robert A. Clark, of Greenville, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Tricia
 M. appeals the family court's order terminating parental rights to her minor
 child.  Upon a thorough
 review of the record and the family court's findings of fact and conclusions of
 law pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987),
 we find no meritorious issues warrant briefing.  Accordingly, we affirm[1] the family court's ruling. 
AFFIRMED.
WILLIAMS,
 KONDUROS, JJ., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.